UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK | * * | CIVIL ACTION |
| VERSUS | * | NUMBER: 02-3540 |
| CONNIE SAUCIER, SCOTT SAUCIER and ERIN SAUCIER | * * | SECTION: "I" (2) |

* * * * * * *

### ANSWER AND CLAIM IN INTERPLEADER

NOW INTO COURT, through undersigned counsel, come defendants, Scott Saucier and Erin Saucier, who, in answer to the Complaint in Interpleader filed herein, respectfully aver as follows:

**I.**

The allegations of Paragraph 1 are admitted.

**II.**

The allegations of Paragraph 2 are admitted.

**III.**

The allegations of Paragraph 3 are admitted.

**IV.**

The allegations of Paragraph 4 are admitted.

**V.**

The allegations of Paragraph 5 are admitted.

**VI.**

The allegations of Paragraph 6 state conclusions of law and thus require no answer from these defendants.

**VII.**

The allegations of Paragraph 7 are denied for lack of sufficient information to justify a belief therein.

**VIII.**

The allegations of Paragraph 8 are admitted.

**IX.**

The allegations of Paragraph 9 are admitted.

**X.**

The allegations of Paragraph 4 are admitted.

**XI.**

The allegations of Paragraph 11 are denied for lack of information to justify a belief therein.

**XII.**

The allegations of Paragraph 12 are admitted.

**XIII.**

The allegations of Paragraph 13 are admitted.

**XIV.**

The allegations of Paragraph 14 require no answer from these

defendants.

**XV.**

The allegations of Paragraph 15 require no answer from these defendants.

**XVI.**

The allegations of Paragraph 16 are denied for lack of sufficient information to justify a belief therein.

**CLAIM IN INTERPLEADER**

1.

American International Life Assurance Company of New York (hereinafter "AIG Life") has deposited the sum of $120,747.36 into the registry of this Honorable Court. These funds represent the funds payable to the beneficiaries of Douglas L. Saucier under a group life insurance plan through which AIG Life provided certain insurance benefits to its group policy holder and Mr. Saucier's employer, Wal-Mart Stores, Inc.

2.

Scott Saucier and Erin Saucier are the children of Douglas L. Saucier. Additionally, Scott Saucier and Erin Saucier are the designated beneficiaries of Douglas L. Saucier under the aforementioned plan.

3.

Douglas L. Saucier died on June 19, 2002.

4.

Under the terms of the plan, Scott Saucier and Erin Saucier are entitled to the proceeds of the insurance policies, with each receiving 50% of the proceeds.

**WHEREFORE**, defendants, Scott Saucier and Erin Saucier, pray that after due proceedings, there be judgment in their favor, releasing all funds deposited into the registry of the Court to these defendants and for all other general and equitable relief.

Respectfully submitted,

_____
Brett J. Prendergast  17755
FNBC Building
Suite 1641
210 Baronne Street
New Orleans, Louisiana 70112
(504) 593-9277

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been mailed to the opposing counsel of record through the United States Mail Service this __17th__ day of January, 2003.

_____
Brett J. Prendergast